IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ANTONIO C. MONROE,

    Plaintiff,

v.                                                       Civil Action No. 3:18CV731

DR. DENNIS RIVET,

    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on January 9, 2019, the Court directed Plaintiff to pay an initial partial filing fee of $53.80 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate order shall issue.

/s/
John A. Gibney, Jr.
United States District Judge

Date: 21 Feb 2019
Richmond, Virginia